Jesse Marcus, for appellant; Benjamin S. Adamowski, Corporation Counsel, for appellee, L. Louis Karton, Head of Appeals and Review Division, and John L. Steffens, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed March 23, 1950; released for publication April 13, 1950.

Mary Genevieve Rabe, Individually and Executrix of Last Will and Testament of Louis F. Rabe, Deceased, Appellant, v. Magdalene B. Rabe, Individually and Executrix of Last Will and Testament of Friedericke Rabe, Deceased, Lucy A. Rabe and Fred H. Rabe, Appellees.

Gen. No. 44,678.

Gerald G. Barry and Rudolph E. Schreiber, for appellant; Healy, Newby, Cessna & Healy, for appellees. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed February 28, 1950; rehearing denied March 15, 1950; released for publication March 15, 1950.

649